# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 08-758


**WELDON VITTO, SR.**

**VERSUS**

**HOME BANK, ET AL.**


**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20073999
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

## JOHN D. SAUNDERS
## JUDGE

**********

Court composed of John D. Saunders, Billy Howard Ezell, and J. David Painter, Judges.

**AFFIRMED.**

Kenneth Warren DeJean
Attorney at Law
P. O. Box 4325
Lafayette, LA 70502
(337) 235-5294
Counsel for Plaintiff/Appellant:
Weldon Vitto, Sr.

Joseph C. Giglio, Jr.
Liskow & Lewis
P. O. Box 52008
Lafayette, LA 70505-2008
(337) 232-7424
Counsel for Defendant/Appellee:
Home Bank

**Richard Joseph Petre, Jr.**
**Onebane Law Firm**
**P. O. Drawer 3507**
**Lafayette, La 70502-3507**
**(337) 237-2660**
**Counsel for Defendant/Appellee:**
**Clarendon America Insurance Co.**

**SAUNDERS, Judge.**

**FACTS AND PROCEDURAL HISTORY:**

Weldon Vitto, Sr. (hereinafter "Mr. Vitto") appeals, for a second time, the Fifteenth Judicial District Court's grant of an exception of res judicata and dismissal of his suit against Clarendon American Insurance Company (hereinafter "Clarendon"). It appears that, as far as Clarendon is concerned, Mr. Vitto filed identical suits in the same trial court and received the same decision from two different judges in that court. In his first and second suit, case numbers 20073997 and 20073999-L, respectively, Mr. Vitto sued Clarendon and was dismissed after Judges Trahan and Castle granted Clarendon's exception of res judicata. Judge Trahan's decision, has already been appealed to and decided by this court in *Vitto v. Davis*, 2008-401 (La.App. 3 Cir. 10/1/08), 2008 WL 4414519 (La.App. 3 Cir.).

**ASSIGNMENT OF ERROR:**

1.    Did the trial court err in granting Clarendon's exception of res judicata?

**ASSIGNMENT OF ERROR:**

This case is identical to that already ruled on by this court in *Vitto v. Davis* 2008-401 (La.App. 3 Cir. 10/1/08), 2008 WL 4414519 (La.App. 3 Cir.). It involves the same: facts, relevant parties, and assignment of error. For the reasons cited in *Vitto*, we affirm the ruling of the trial court.

**<u>CONCLUSION:</u>**

For the above-stated reasons, we affirm the decision of the trial court in all respects.  All costs are to be assessed to appellant, Weldon Vitto, Sr.

**AFFIRMED.**